**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
TAISHAWNA PREJEAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-192-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER RE 500 HOUR DRUG |
| v. ) | PROGRAM WHILE DEFENDANT |
| ) | IS IN PRISON |
| TAISHAWNA PREJEAN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. Richard J. Bender, and TAISHAWNA PREJEAN (aka Fleeta Souza), represented by Mr. James R. Greiner, hereby stipulate and agree that the defendant, TAISHAWNI PREJEAN, (aka Fleeta Souza) can be recommended by the Court to be allowed to enroll in the Bureau of Prisons 500 drug program while she is serving her Federal Prison sentence, if the Court deems this appropriate.

Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ RICHARD J. BENDER--by in person
authorization

DATED: 8-24-07                         _____
                                        RICHARD J. BENDER

1

LAW OFFICES OF JAMES R. GREINER

DATED: 8-24-07

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
TAISHAWNA PREJEAN

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: AUGUST 28, 2007.

_/s/ Edward J. Garcia_____

**EDWARD J. GARCIA**

**SENIOR UNITED STATES DISTRICT COURT JUDGE**