

FILED

MAY 2 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    2:06-cr-00192-EJG

      Plaintiff,
                           DETENTION ORDER
   vs.                      (Violation of Pretrial Release, Probation or
                            Supervised Release)

FLEETA RASHEEN SOUZA,

      Defendant.
_____/

<u>  ✕  </u>  After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

  <u>    </u>  There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

  <u>  ✕  </u>  There is clear and convincing evidence that the defendant has violated another condition of release and

  <u>  ✕  </u>  based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

  <u>  ✕  </u>  the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

  <u>    </u>  Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1    IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
2    practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3    Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant
4    to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6    Dated:

7    5 - 25 - 12

     EDMUND F. BRENNAN,
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26